**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re: BELLO, NANCY  § Case No. 15-13759-RAM
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Robert A. Angueira, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $156,104.00   Assets Exempt: $4,479.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,478.04   Claims Discharged
  Without Payment: $47,539.63

Total Expenses of Administration: $3,021.96

3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $191,017.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,021.96 | 3,021.96 | 3,021.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,099.00 | 30,410.45 | 30,410.45 | 4,478.04 |
| **TOTAL DISBURSEMENTS** | $244,116.00 | $33,432.41 | $33,432.41 | $7,500.00 |

4) This case was originally filed under Chapter 7 on February 27, 2015. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/18/2016     By: /s/Robert A. Angueira
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Undisclosed Pre-Petition Transfer to Juan Torres | 1241-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Gateway of the Sea | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.a. | 4110-000 | 162,671.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 28,346.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$191,017.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert A. Angueira | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Robert A. Angueira | 2200-000 | N/A | 21.41 | 21.41 | 21.41 |
| Robert A. Angueira, PA | 3110-000 | N/A | 1,423.00 | 1,423.00 | 1,423.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Robert A. Angueira, PA | 3120-000 | N/A | 46.39 | 46.39 | 46.39 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.77 | 10.77 | 10.77 |
| Rabobank, N.A. | 2600-000 | N/A | 10.39 | 10.39 | 10.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,021.96 | $3,021.96 | $3,021.96 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,731.00 | 3,063.39 | 3,063.39 | 451.09 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 2,579.00 | 2,867.30 | 2,867.30 | 422.22 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 9,120.00 | 9,120.94 | 9,120.94 | 1,343.09 |
| 4 | Midland Credit Management, Inc as agent for | 7100-000 | 2,032.00 | 2,458.25 | 2,458.25 | 361.99 |
| 5 | Mohela/dept Of Ed | 7100-000 | 3,707.00 | 8,282.39 | 8,282.39 | 1,219.61 |
| 6 | American Express Centurion Bank | 7100-000 | 4,260.00 | 4,618.18 | 4,618.18 | 680.04 |
| NOTFILED | Gecrb/tjx Cos Dc | 7100-000 | 3,664.00 | N/A | N/A | 0.00 |
| NOTFILED | Dsnb Macys | 7100-000 | 2,020.00 | N/A | N/A | 0.00 |
| NOTFILED | Mohela/dept Of Ed | 7100-000 | 3,358.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/bstby | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Citibank Sd, Na | 7100-000 | 11,601.00 | N/A | N/A | 0.00 |
| NOTFILED | Mohela/dept Of Ed | 7100-000 | 609.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex Dsnb | 7100-000 | 4,489.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 2,929.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$53,099.00** | **$30,410.45** | **$30,410.45** | **$4,478.04** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-13759-RAM  
**Case Name:** BELLO, NANCY  

**Trustee:** (290990) Robert A. Angueira  
**Filed (f) or Converted (c):** 02/27/15 (f)  
**§341(a) Meeting Date:** 04/08/15  

**Period Ending:** 04/18/16  

**Claims Bar Date:** 11/26/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  37 Gumbo Limbo Avenue, Key Largo, FL 33037, PARC | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 2  Cash | 5.00 | 0.00 | | 0.00 | FA |
| 3  Space Coast Credit Union Checking Acct No 8050 | 60.00 | 0.00 | | 0.00 | FA |
| 4  Bank of America Checking Account ending in 2167 | 19.00 | 0.00 | | 0.00 | FA |
| 5  Bank of America Money Market Savings 7721 | 0.00 | 0.00 | | 0.00 | FA |
| 6  Citibank Checking Acct No ending in 3865 | 0.00 | 0.00 | | 0.00 | FA |
| 7  Household Goods and Furniture | 785.00 | 0.00 | | 0.00 | FA |
| 8  Debtors used clothes and shoes | 60.00 | 0.00 | | 0.00 | FA |
| 9  Assorted costume jewelery | 25.00 | 0.00 | | 0.00 | FA |
| 10  Primeamerica 401 Retirement Plan SS53 | 2,400.00 | 0.00 | | 0.00 | FA |
| 11  2002 Ford F-150 Pick Up Truck | 2,750.00 | 0.00 | OA | 0.00 | FA |
| 12  Undisclosed Pre-Petition Transfer to Juan Torres  (u) | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| **12  Assets  Totals** (Excluding unknown values) | **$163,604.00** | **$7,500.00** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

9/30/15 - Debtor paid in full as per Settlement; Order Dated 10/15/15, Doc # 41.   Claims bar date is on 11/26/15.  Once all claims have been reviewed Trustee will proceed to prepare TFR.

2.   Juan Torres will pay the Trustee the total sum of $7,500.00 (the "Settlement Amount") to be paid by September 15, 2015.

**Initial Projected Date Of Final Report (TFR):**     March 15, 2016        **Current Projected Date Of Final Report (TFR):**     December 12, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-13759-RAM
**Case Name:** BELLO, NANCY

**Taxpayer ID #:** **-***0188
**Period Ending:** 04/18/16

**Trustee:** Robert A. Angueira (290990)
**Bank Name:** Rabobank, N.A.
**Account:** ******3166 - Checking Account
**Blanket Bond:** $129,177,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/15 | {12} | Juan Torres for Nancy Bello | Settlement; Order Dated 10/15/15, Doc # 41. | 1241-000 | 7,500.00 | | 7,500.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,490.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.77 | 7,479.23 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.39 | 7,468.84 |
| 02/12/16 | 101 | Robert A. Angueira, PA | Dividend paid 100.00% on $1,423.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,423.00 | 6,045.84 |
| 02/12/16 | 102 | Robert A. Angueira, PA | Dividend paid 100.00% on $46.39, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 46.39 | 5,999.45 |
| 02/12/16 | 103 | Robert A. Angueira | Dividend paid 100.00% on $1,500.00, Trustee Compensation;  Reference: | 2100-000 | | 1,500.00 | 4,499.45 |
| 02/12/16 | 104 | Robert A. Angueira | Dividend paid 100.00% on $21.41, Trustee Expenses;  Reference: | 2200-000 | | 21.41 | 4,478.04 |
| 02/12/16 | 105 | Discover Bank | Dividend paid  14.72% on $3,063.39; Claim# 1; Filed: $3,063.39; Reference: | 7100-000 | | 451.09 | 4,026.95 |
| 02/12/16 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid  14.72% on $2,867.30; Claim# 2; Filed: $2,867.30; Reference: | 7100-000 | | 422.22 | 3,604.73 |
| 02/12/16 | 107 | PYOD, LLC its successors and assigns as assignee | Dividend paid  14.72% on $9,120.94; Claim# 3; Filed: $9,120.94; Reference: | 7100-000 | | 1,343.09 | 2,261.64 |
| 02/12/16 | 108 | Midland Credit Management, Inc as agent for | Dividend paid  14.72% on $2,458.25; Claim# 4; Filed: $2,458.25; Reference: | 7100-000 | | 361.99 | 1,899.65 |
| 02/12/16 | 109 | Mohela/dept Of Ed | Dividend paid  14.72% on $8,282.39; Claim# 5; Filed: $8,282.39; Reference: | 7100-000 | | 1,219.61 | 680.04 |
| 02/12/16 | 110 | American Express Centurion Bank | Dividend paid  14.72% on $4,618.18; Claim# 6; Filed: $4,618.18; Reference: | 7100-000 | | 680.04 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,500.00 | 7,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,500.00 | 7,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,500.00 | $7,500.00 | |

{} Asset reference(s)

Printed: 04/18/2016 12:45 PM     V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-13759-RAM | **Trustee:** Robert A. Angueira (290990) |
| **Case Name:** BELLO, NANCY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3166 - Checking Account |
| **Taxpayer ID #:** **-***0188 | **Blanket Bond:** $129,177,000.00  (per case limit) |
| **Period Ending:** 04/18/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts :    7,500.00 | | | | | |
| | | Net Estate :    $7,500.00 | | | | | |

|  | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******3166** | | 7,500.00 | 7,500.00 | 0.00 |
| | | $7,500.00 | $7,500.00 | $0.00 |